## IN THE UNITED STATES BANKRUPTCY COURT
### Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 13-bk-57865 |
| Jonna Hayden } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

### Notice of Change of Address

My  Former Mailing Address was:

Name:        Jonna Hayden

Street:        4212 Lofton Place

City, State, Zip: Columbus, OH 43230

**Please be advised that effective March 12th, 2015
my new mailing address is:**

Name:        **Jonna Hayden**

Street:        **4041 Silver Springs Ln.**

City, State ,Zip: **Columbus, OH 43230**


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on March 12th, 2015 to the following:
**Trustee:**
**Faye D. English**
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Jonna Hayden
4041 Silver Springs Ln.
Columbus, OH 43230

                                                        Respectfully Submitted,

                                                        /s/ Erin E. Schrader
                                                        Erin E. Schrader (0078078)
                                                        Rauser & Associates
                                                        5 East Long St., Suite 300
                                                        Columbus, OH 43215
                                                        (614) 228-4480