**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 13-bk-57865 |
| Jonna Hayden } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

**My Former Mailing Address was**:

Name:        Jonna Hayden

Street:        4041 Silver Springs Lane

City, State, Zip: Columbus, OH 43230

**Please be advised that effective December 8, 2015**
**My new mailing address is:**

Name:        Jonna Hayden

Street:        6545 Nottinghill Trail Dr.

City, State, Zip: Canal Winchester, OH 43110

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on December 8, 2015 to the following:

**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Jonna Hayden
6545 Nottinghill Trail Dr.
Canal Winchester, OH 43110

Respectfully Submitted,

/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480